157 A.3d 861

IN THE MATTER OF THE BORGATA WINTER POKER OPEN, A GAMING TOURNAMENT CONDUCTED BY MARINA DISTRICT DEVELOPMENT COMPANY, LLC, D/B/A BORGATA CASINO HOTEL AND SPA BETWEEN JANUARY 14, 2014 AND JANUARY 18, 2014. JACOB MUSTEREL, FARID VAGHEFI AND STEVEN CELESTE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, PLAINTIFFS-PETITIONERS, v. MARINA DISTRICT FINANCE COMPANY, INC. AND MARINA DISTRICT DEVELOPMENT COMPANY, LLC, D/B/A BORGATA HOTEL CASINO AND SPA, MARINA DISTRICT DEVELOPMENT HOLDING COMPANY, LLC, BOYD ATLANTIC CITY, INC. AND BOYD GAMING CORPORATION, DEFENDANTS-RESPONDENTS.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4409–13 and A–231–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.